

Stern & Eisenberg, PC
*www.sterneisenberg.com*

Reply to:

October 21, 2021

485 B Route 1 S,
Suite 330,
Iselin, NJ 08830
(516) 630-0288
Facsimile: (732) 726-8719

United States District Court
for the Southern District of New York
Hon. Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



**RE:** <u>**Paper Profits, LLC v. Avila – Docket No. 21 Civ. 7762 (KPF) – Need For Stay**</u>

Hon. Judge Failla:

  We represent the Plaintiff in the above matter. Attached to this letter is a New York State Hardship Declaration recently forwarded to us by counsel for the Defendant. Under New York law, specifically, the New York State COVID-19 Emergency Eviction and Foreclosure Prevention Act, the Defendant's execution of the Hardship Declaration invokes an automatic stay on all judicial foreclosures until January 15, 2022. As such, Plaintiff respectfully requests that a stay be placed on this matter until then. Plaintiff is prepared to provide any additional information required by the Court. We thank the Court for its time and consideration.

                Sincerely,

                *Arsenio Rodriguez*

                **Arsenio Rodriguez, Esquire**
                STERN & EISENBERG, PC

Application GRANTED.

This case is STAYED through **January 15, 2022.**

Additionally, the initial pretrial conference in this matter is ADJOURNED to **January 16, 2022, at 10:00 a.m.** The parties are reminded to comply with the directions set forth in the Notice of Initial Pretrial Conference. (Dkt. #16).

The Clerk of Court is directed to terminate the motion at docket entry 17.

Dated: October 25, 2021
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE