

**Stern & Eisenberg, PC**
*www.sterneisenberg.com*

<u>Reply to:</u>

485 B Route 1 S,
Suite 330,
Iselin, NJ 08830
(516) 630-0288

May 19, 2022

United States District Court
for the Southern District of New York
Hon. Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



RE: <u>Paper Profits, LLC v. Avila – Docket No. 21 Civ. 7762 (KPF) – Adjournment Request</u>

Hon. Judge Failla:

      We represent the Plaintiff in the above matter, and we submit this letter jointly with counsel for the Defendant. Pursuant to the Court's order dated January 14, 2022, the Parties were to submit a letter detailing the status of the above matter. *See* ECF No. 25. In addition, as per the Court's order, a Pretrial Conference is scheduled for May 24, 2022, at 10:00AM. Currently, the Parties are working diligently to finalize a possible settlement in this matter. The Parties believe that an adjournment of the Status Letter and Pretrial Conference would be beneficial to that effort. As such, the Parties are respectfully requesting a forty-five (45) day adjournment of both the Status Letter and Pretrial Conference. It is the belief of both parties that such an adjournment would provide the time needed to sort out the remaining details. This is the Parties' first request for such an adjournment, and the Defendant consents to this request. We thank the Court in advance for its time and consideration.

Sincerely,

Arsenio Rodriguez, Esq.
**STERN & EISENBERG, PC**

Application GRANTED.  The pretrial conference in this matter currently scheduled for May 24, 2022, is hereby ADJOURNED to **July 20, 2022, at 12:00 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 26.

Dated:  May 19, 2022
        New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE